

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00317-CV

**IN RE** Paul James **ZOHLEN**, Chairman, Kerr County Republican Party & County Republican Party & Chairman, County Executive Committee, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: April 26, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On April 4, 2023, relator filed a petition for writ of mandamus and a request for a temporary injunction. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). We also deny relator's request for injunctive relief.

PER CURIAM

---

[1] Relator seeks relief under this court's authority to issue writs of mandamus under the Texas Election Code. *See* TEX. ELEC. CODE ANN. §§ 161.009, 163.007, 273.061.